UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNETH D. DORN**                                                                                             **PETITIONER**
ADC #169545

V.                                       No. 4:21-cv-00289-JM-JTR

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                                            **RESPONDENT**

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed and Dorn has filed a motion to dismiss stating that he did not file nor authorize the filing of the petition. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Petition is DISMISSED WITH PREJUDICE. Dorn's motion to dismiss is GRANTED.

2. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

Dated this 21st day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE