UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNETH D. DORN**  **PETITIONER**
ADC #169545

V.   No. 4:21-cv-00289-JM-JTR

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**   **RESPONDENT**

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed with prejudice.

All relief sought is denied, and the case is closed.

DATED this 21st day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE